No. 246. MARTIN *v.* CALIFORNIA. November 12, 1940. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is denied. *Milford B. Martin, pro se.*

No. —, original. Ex PARTE FRED J. BECKER. November 12, 1940. A rule is ordered to issue, returnable December 9, next, requiring the respondent to show cause why leave to file the petition for writ of habeas corpus should not be granted.

No. —, original. Ex PARTE LOUIS BURALL. November 12, 1940. A rule is ordered to issue, returnable December 9, next, requiring the respondent to show cause why leave to file the petition for writ of mandamus should not be granted.